1 | JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
2 | 15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
3 | Tel: (818) 905 6611
Fax: (818) 789 1375
4 | Email: jklowenstein@yahoo.com

5 | Attorneys for Plaintiff

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9

10 | VALARIE MELVIA HANKINS ) CASE NO. CV 12- 1858 E
11 | Plaintiff, ) [~~PROPOSED~~] ORDER AWARDING
ATTORNEYS FEES PURSUANT TO
12 | vs. ) EAJA, 28 U.S.C. § 2412(d), AND COSTS,
PURSUANT TO 28 U.S.C. § 1920
13 | MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
14 | SECURITY
15 | Defendant )
16

17 | Pursuant to the Stipulation between the parties, through their respective counsel,
18 | awarding attorneys fees under EAJA,
19 | IT IS HEREBY ORDERED
20 | That EAJA fees are awarded in the amount of $2312.42, subject to the terms of the
21 | stipulation.
22 | Dated: 12/11/12
23
          _____
          Charles Eick
24        U.S. Magistrate Judge

---

Hankins vs. Astrue            1            Order Awarding EAJA Fees